# B

— Mortgage Note

CONSULT YOUR LAWYER BEFORE SIGNING THIS INSTRUMENT—THIS INSTRUMENT SHOULD BE USED BY LAWYERS ONLY.

# MORTGAGE NOTE

$ 250,000.00
Dated October 4, in the year 2019
New York , New York
**FOR VALUE RECEIVED,**
SALTZ PROPERTY MANAGEMENT, INC., a New Jersey Corporation
promise(s) to pay to CROSBY JMW, LLC, a Delaware limited liability company

or order, at 145 Old Army Road, Scarsdale, New York 10583

or at such other place as may be designated in writing by the holder of this note, the principal sum
of TWO HUNDRED FIFTY THOUSAND ($250,000.00)     dollars, lawful money of the United States of America.

with interest thereon to be computed from the date hereof, at the rate of THREE (3%) per centum
per annum and to be paid on the earlier of: (i) the 4th day of October in the year 2022; (ii) the sale of the premises or
(iii) the refinance of the premises (collectively the "Maturity Date"), next ensuing and thereafter
when the entire principal balance shall immediately bcome due and payable.

If any action or proceeding be commenced (except an action to foreclose this mortgage or to collect the debt secured hereby) to which action or proceeding the mortgagee is made a party, or in which becomes necessary to defend or uphold the lien of this mortgage, all sums paid by the mortgagee for the expense of any litigation to prosecute or defend the rights and lien created by this mortgage (including reasonable counsel fees) shall be paid without Notice by the mortgagor, together with interest thereon, at the rate of twenty-four (24%) percent per annum and any such sum and the interest thereon shall be a lien on said premises, prior to any right, or title to, interest in, or claim upon, said premises attaching or accruing subsequent to the lien of this mortgage, and shall be deemed to be secured by this mortgage.  In any action or proceeding to foreclose this mortgage, or to recover or collect the debt secured thereby, the provisions of law respecting the recovering of costs, disbursements, and allowances shall prevail unaffected by this covenant.

This mortgage and note secured hereunder have each been duly made and executed pursuant to a resolution of the Board of Directors/Shareholders of the mortgagor.

**IT IS HEREBY EXPRESSLY AGREED,** that the said principal sum evidenced by this note shall become due at the option of the holder thereof on the happening of any default or event by which, under the terms of the mortgage securing this note, said principal sum may or shall become due and payable; also, that all of the covenants, conditions and agreements contained in said mortgage are hereby made part of this instrument.

Presentment for payment, notice of dishonor, protest and notice of protest are hereby waived.

This note is secured by a mortgage made by the maker to the payee of even date herewith, on property situate in the County of Suffolk at 51 Blackwatch Court, Southampton, New York 11968

This note may not be changed or terminated orally.

*[signature]*
SALTZ PROPERTY MANAGEMENT INC.

ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE

State of New York, County of NEW YORK, ss:

On the 4th day of October in the year 2019, before me, the undersigned, personally appeared TUNIESA SIMMONS-DOZIER

, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument. **CHARLES L. MESTER**
Notary Public, State of New York
Reg. No. 02ME5000288
Qualified in Kings County
Commission Expires Aug. 10, 20 22

ACKNOWLEDGEMENT BY SUBSCRIBING WITNESS TAKEN IN NEW YORK STATE

State of New York, County of         , ss:
On the      day of      in the year       , before me, the undersigned, a Notary Public in and for said State, personally appeared      , the
subscribing witness to the foregoing instrument, with whom I am personally acquainted, who, being by me duly sworn, did depose and say that he/she/they reside(s) in

(if the place of residence is in a city, include the street and street number if any, thereof): that he/she/they know(s)

to be the individual described in and who executed the foregoing instrument; that said subscribing witness was present and saw said

execute the same; and that said witness at the same time subscribed his/her/their name(s) as a witness thereto

ACKNOWLEDGEMENT TAKEN IN NEW YORK STATE

State of New York, County of         , ss:

On the      day of      in the year      , before me, the undersigned, personally appeared

, personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

ACKNOWLEDGEMENT TAKEN OUTSIDE NEW YORK STATE

*State of      , County of      , ss:
*(Or insert District of Columbia, Territory, Possession or Foreign County)

On the      day of      in the year      , before me      the undersigned personally appeared

Personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), that by his/her/their signature(s) on the instrument, the individual(s) or the person upon behalf of which the individual(s) acted, executed the instrument, and that such individual make such appearance before the undersigned in the

(add the city or political subdivision and the state or country or other place the acknowledgement was taken).

# Mortgage Note

**Title No.**

SALTZ PROPERTY MANAGEMENT INC.
TO
CROSBY JMW, LLC

SECTION: 210.00

BLOCK: 02.00

LOT: 011.011

COUNTY OR TOWN: SOUTHAMPTON

**DISTRIBUTED BY**

YOUR TITLE EXPERTS
**The Judicial Title Insurance Agency LLC**
**800-281-TITLE (8485)  FAX: 800-FAX-9396**

**RETURN BY MAIL TO:**

## ALLONGE TO THE NOTE

Borrower: Saltz Property Management Inc.
Date of Note: 10/4/2019
Original Loan Amount: $250,000.00
Property Address: 51 Blackwatch Court, Southampton, NY 11968

For value received, I hereby transfer, endorse and assign the within Note.

Pay to the order of:

King of Persia Corporation

Without recourse

**CROSBY JMW LLC**

By: _[signature]_
Name: _Yoret DEVICO_
Title: _V.P._